STATE of Missouri, Respondent,

v.

**Darnell DUFF, Appellant.**

**No. ED 98116.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 26, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
18, 2013.

Application for Transfer Denied
Aug. 13, 2013.

Amy M. Bartholow, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Timothy A. Blackwell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

Darnell Duff appeals the judgment entered upon a jury verdict finding him guilty of first-degree statutory sodomy, Section 566.062. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).